IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00414-BNB

ROBERT J. LANDRUM,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
CLAUDIA VANBUREN, Registered Nurse (RN), Healthcare Services Administrator,
MEDICAL DOCTOR DR. DEHLER, and
MATT KILOUGH, Physician's Assistance (PA),

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Robert J. Landrum, is incarcerated at the Jefferson County Jail in Golden, Colorado. Mr. Landrum has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. The court must construe the complaint liberally because Mr. Landrum is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Landrum will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Mr. Landrum and finds that it is deficient because Mr. Landrum fails to allege facts to demonstrate that each of the named Defendants personally participated in the asserted constitutional violations. Mr. Landrum asserts seven numbered claims for relief alleging that his constitutional rights

have been violated. However, only two of the seven claims actually are asserted against any of the Defendants, and Mr. Landrum only asserts those two claims against only two of the four named Defendants. Mr. Landrum fails to assert any claims against the other two Defendants.

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Landrum must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Landrum will be directed to file an amended complaint in which he alleges specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. In order for Mr. Landrum to state a claim in federal court, his amended complaint "must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Landrum is reminded that it is his responsibility to present his claims in a manageable format that allows the court and the Defendants to know what claims are being asserted and to be

able to respond to those claims. Accordingly, it is

ORDERED that Mr. Landrum file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Landrum, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Landrum fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED March 5, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00414-BNB

Robert J. Landrum
Prisoner No. P00158841
Jefferson County Det. Facility
PO Box 16700
Golden, CO 80401

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 3/5/08

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
      Deputy Clerk