IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00414-EWN-MJW

ROBERT J. LANDRUM,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,
CLAUDIA VANBUREN, Registered Nurse (RN), Healthcare Services Administrator,
MEDICAL DOCTOR, DR. DEHLER, and
MATT KILOUGH, Physician's Assistant (PA),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: April 24, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00414-EWN-MJW

Robert J. Landrum
Prisoner No. 124611
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

US Marshal Service
Service Clerk
Service forms for: Correctional Healthcare Management, Inc.,
Claudia Vanburen, Dr. Dehler, and Matt Kilough

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Correctional Healthcare Management, Inc., Claudia Vanburen, Dr. Dehler, and Matt Kilough; AMENDED COMPLAINT FILED 4/10/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/25/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk