IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00414-EWN-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the plaintiff's Petition for Court Order for Copy of All Medical Records for Use for Evidence (Docket No. 19) is denied without prejudice as premature. Plaintiff must first make a proper discovery request from a party or non-party before making a motion to compel.

Date: May 5, 2008