IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00414-EWN-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion to Compel (Docket No. 25) is denied without prejudice for failure to comply with D.C.COLO.LCivR 5.1(F) (Certificate of Service) and 37.1 (form of discovery motions).  The court further notes that plaintiff states in his motion that he has no money to pay for the copies of the medical records that he seeks.  While plaintiff has a constitutional right of access to the courts, this right does not extend to include requiring defendants to pay for plaintiff's discovery, even if plaintiff is proceeding *in forma pauperis*.  See Tittle v. Carver, 2008 WL 60033, *2 (E.D. Wis. Jan. 3, 2008).

Date: May 20, 2008