IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00414-EWN-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for Discovery (Docket No. 30) is denied inasmuch as plaintiff is not seeking relief from this court. Rather, it appears this document is actually a discovery demand.

Date: June 2, 2008