IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00414-EWN-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion to Compel (Docket No. 48) is denied without prejudice for yet again failing to comply with D.C.COLO.LCivR 5.1(F) (certificate of service) and 37.1 (form of discovery motions).

Date: July 10, 2008