IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that "Matt Killough, Claudia Van Buren, and Correctional Healthcare Management, Inc.'s Motion to Strike Plaintiff's Request and Reply in Support of Plaintiffs *[sic]* Last Reply to Defendants *[sic]* Reply to Court Regarding Address [Document 86]" **(Docket No. 91)** is **granted**.  Therefore, Docket No. 86 is stricken.  The court generally does not permit the filing of sur-replies, and as defendants correctly note, Docket No. 86 merely repeats arguments already made by plaintiff.  The briefing on defendants' second motion to dismiss will not be permitted to go on *ad infinitum*.

Date: April 21, 2009