IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Motion of Jacqueline Y. Engel to Withdraw as Counsel, DN 102, filed with the Court on July 17, 2009, is GRANTED.   Jacqueline Y. Engel is WITHDRAWN as counsel for the Defendants in this matter.  Terry Cipoletti and Chad K. Gillam of the law firm of Kennedy Childs & Fogg, P.C. will continue to represent Matt Killough, Claudia Van Buren, and Correctional Healthcare Management, Inc. in this matter.

Date:  July 21, 2009