IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion for Process of Service by Media-Publication **(Docket No. 94)** is **denied**.  The court will, however, by separate order direct the U.S. Marshal Service to attempt service on defendants Claudia VanBuren and Matt Kilough, both of Correctional Healthcare Management, Inc., at a new address provided by defense counsel (See Docket No. 76), namely, 6200 S. Syracuse Way, Suite 440, Greenwood Village, CO 80111, if the U.S. Marshal Service or Clerk's Office is unable to obtain a waiver of service from these two defendants or if their attorney refuses to forthwith accept service on their behalf.  The court notes and reminds counsel and the parties that the Advisory Committee Notes regarding the waiver provision in Fed. R. Civ. P. 4(d) provides in pertinent part that "[t]he aims of the provision are to eliminate the costs of service of a summons on many parties and to foster cooperation among adversaries and counsel."  Unfortunately, such cost elimination and cooperation has not been evident so far in this case with regard to service on these two defendants.

It is further **ORDERED** the Combined Motion for Disposition and Status of Plaintiff's Motion for Service by Publication and Motion to Reset Briefing Schedual [sic] and Service **(Docket No. 105)** is **denied as moot**.

Date: July 28, 2009