IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING SERVICE UPON DEFENDANTS CLAUDIA VAN BUREN AND MATT KILOUGH

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

The court has been provided with an updated address for defendants Claudia VanBuren and Matt Kilough, both of Correctional Healthcare Management, Inc. (see Docket No. 76), namely, 6200 S. Syracuse Way, Suite 440, Greenwood Village, CO 80111. Based upon this information it is hereby

**ORDERED** that if appropriate, the Clerk of Court shall attempt to obtain a waiver of service from defendants Claudia Van Buren and Matt Kilough. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendants Claudia Van Burean and Matt Kilough at the new address provided above. **If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).** All costs of service shall be advanced by the United States. It is further

ORDERED that defendants Claudia Van Buren and Matt Kilough or their counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process.

Date: JUL 27 2009
Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00414-MSK-MJW

Robert J. Landrum
Prisoner No. 124611
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

US Marshal Service
Service Clerk
Service forms for: Claudia Vanburen, and Matt Kilough

Chad K. Gillam
Attorney at Law
**DELIVERED ELECTRONICALLY**

Jacqueline Y. Engel
Attorney at Law
**DELIVERED ELECTRONICALLY**

Terry Cipoetti
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Claudia Vanburen, and Matt Kilough; AMENDED COMPLAINT FILED 4/10/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/28/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk