IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

It is hereby **ORDERED** that plaintiff's Motion to Compel, which was captioned as "Plaintiff's Objection to Defendant's Response to Plaintiff's Request to Produce Documents and Tangible Things" (Docket No. 123), is **denied without prejudice** pursuant to D.C.COLO.LCiv. 37.1 (Form of Discovery Motions) ("A motion under Fed. R. Civ. P. 26 or 37 directed to an interrogatory, request, or response under Fed. R. Civ. P 33 or 34 shall either set forth in the text of the motion the specific interrogatory, request, or response to which the motion is directed, or an exhibit that contains the interrogatory, request, or response shall be attached.").

Date: December 14, 2009