IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., et al.,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Defendants' Motion for Leave to Depose Prisoner Plaintiff (DN 131), filed with the Court on January 21, 2010, is GRANTED.  The Defendants may depose Plaintiff Robert J. Landrum at the Limon Correctional Facility, or at such prison or correctional facility where the Plaintiff is incarcerated on the date of the deposition.

Date:   January 22, 2010