IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00414-MSK-MJW

ROBERT J. LANDRUM,

    Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC., *et al.*

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT CORRECTIONAL HEALTHCARE MANAGEMENT, INC.

    This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice of All Claims Against Defendant Correctional Healthcare Management, Inc. **(#147)**. Having reviewed the Motion and being fully advised in the premises, the Court hereby GRANTS the Parties' Stipulated Motion for Dismissal.

    It is **ORDERED** pursuant to Fed. R. Civ. P. 41(a), that Plaintiff's Amended Prisoner Complaint and all claims against Defendant Correctional Healthcare Management, Inc. are dismissed with prejudice, each Party to pay his or its own costs and attorneys' fees.

    DATED this 18th day of March, 2010.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge